UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
SANDRA KAY FARROW,                     )   No. C05-0111L
                                       )
           Plaintiff,                  )
       v.                              )
                                       )   ORDER GRANTING DEFENDANTS'
CAIRNCROSS & HEMPELMANN, PS, *et al.*, )   MOTION TO JOIN THIRD-PARTY
                                       )   DEFENDANTS
           Defendants.                 )
_____)

This matter comes before the Court on "Defendants' Motion to Join Third Party Defendants Mark Dumais, Reese Farrow, and Curtis Farrow." Dkt. # 16. Defendants seek to add as third-party defendants the three individuals now in possession of the funds at issue in this legal malpractice action. Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court finds defendants' motion is timely, is consistent with Fed. R. Civ. P. 14(a), will not cause undue delay or prejudice to plaintiff, and does not appear to be futile on the current record. Plaintiff lacks standing to challenge the jurisdictional basis for the third-party claims and she has not provided any legal analysis or authority for the proposition that the equitable relief afforded by a constructive trust would not apply in these circumstances.

For all of the foregoing reasons, defendants' motion to join third-party defendants is GRANTED. Defendants shall file the Third-Party Complaint attached to the Declaration of

ORDER GRANTING DEFENDANTS' MOTION
TO JOIN THIRD-PARTY DEFENDANTS

1  Gregory G. Schwartz (Dkt. #17) within twenty days of the date of this Order.

2

3  DATED this 6th day of September, 2005.

4

5

6  Robert S. Lasnik
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANTS' MOTION
TO JOIN THIRD-PARTY DEFENDANTS          -2-